UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JAMES GEARY KING,<br><br>        Plaintiff,<br><br>  vs.<br><br>GOVERNOR FOR THE STATE OF WASHINGTON, SECRETARY OF DEPARTMENT OF CORRECTIONS, and CHARLES DORENDORF,<br><br>        Defendants. | NO. CV-08-3083-CI<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION AND DENYING MOTION FOR TEMPORARY INJUNCTION |

    Magistrate Judge Imbrogno filed a Report and Recommendation on February 9, 2009, recommending Mr. King's Motion for Temporary Injunction be denied. There being no objections, the court **ADOPTS** the Report and Recommendation. The Motion (Ct. Rec. 4) is **DENIED.**

    **IT IS SO ORDERED**. The District Court Executive is directed to enter this Order and forward a copy to Plaintiff at his last known address.

    **DATED** this 9th day of April, 2009.

                              *S/ Robert H. Whaley*

                              ROBERT H. WHALEY
                    CHIEF UNITED STATES DISTRICT JUDGE

Q:\CIVIL\2008\King\8cv3083ci-3-16-adprrdentro.wpd

ORDER ADOPTING REPORT AND RECOMMENDATION AND
DENYING MOTION FOR TEMPORARY INJUNCTION -- 1