Case 2:08-cv-03083-CI    Document 18    Filed 05/01/09

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JAMES GEARY KING,<br><br>        Plaintiff,<br><br>  vs.<br><br>GOVERNOR FOR THE STATE OF WASHINGTON, SECRETARY OF DEPARTMENT OF CORRECTIONS, and CHARLES DORENDORF,<br><br>        Defendants. | NO. CV-08-3083-CI<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION AND DISMISSING ACTION<br><br>**1915(g)** |

    Magistrate Judge Imbrogno filed a Report and Recommendation on April 8, 2009, recommending this action be dismissed without prejudice for failure to state a claim upon which relief may be granted. There being no objections, the court **ADOPTS** the Report and Recommendation. The action is **DISMISSED WITHOUT PREJUDICE** under 28 U.S.C. §§ 1915(e)(2) and 1915A(b)(1).

    Pursuant to 28 U.S.C. § 1915(g), enacted April 26, 1996, a prisoner who brings three or more civil actions or appeals which are dismissed as frivolous or for failure to state a claim will be precluded from bringing any other civil action or appeal *in forma pauperis* "unless the prisoner is under imminent danger of serious physical injury."  28 U.S.C. § 1915(g).  **<u>Plaintiff is advised to read</u>**

ORDER ADOPTING REPORT AND RECOMMENDATION AND DISMISSING ACTION -- 1

1 **the new statutory provisions under 28 U.S.C. § 1915. This dismissal**
2 **of Plaintiff's complaint may count as one of the three dismissals**
3 **allowed by 28 U.S.C. § 1915(g) and may adversely affect his ability to**
4 **file future claims.**
5     **IT IS SO ORDERED**.  The District Court Executive is directed to
6 enter this Order, forward a copy to Plaintiff at his last known
7 address, enter judgment, and close the file.  The District Court
8 Executive is further directed to forward a copy of this Order to the
9 Office of the Attorney General of Washington, Criminal Justice
10 Division.
11     **DATED** this 30th day of April 2009.

                                    _s/Robert H. Whaley_
                                   ROBERT H. WHALEY
                                   CHIEF UNITED STATES DISTRICT JUDGE

Q:\CIVIL\2008\King\8cv3083ci-4-29-dis1915g.wpd

ORDER ADOPTING REPORT AND RECOMMENDATION AND DISMISSING ACTION -- 2