AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## Eastern District of Washington

PLAINTIFF,

James Geary King

JUDGMENT IN A CIVIL CASE

v.

DEFENDANT,

CASE NUMBER: CV-08-3083-CI

Governor of the State of Washington, et al

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED  Report and Recommendation on April 8, 2009, recommending this action be dismissed without prejudice for failure to state a claim upon which relief may be granted. There being no objections, the court ADOPTS the Report and Recommendation.
The action is DISMISSED WITHOUT PREJUDICE under 28 U.S.C. §§ 1915(e)(2) and 1915A(b)(1).

| April 30, 2009 | JAMES R. LARSEN |
|---|---|
| *Date* | *Clerk* |
| | s/ Vikki Johnson |
| | *(By) Deputy Clerk* |
| | Vikki Johnson |